STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CHRIS GLEITSMANN, DEFENDANT-PETITIONER.

*Mr. Abraham Miller and Mr. Abraham J. Slurzberg* for the petitioner.

*Mr. David D. Furman,* attorney general, *Mr. John J. Bergin* and *Mr. Burrell Ives Humphreys* for the respondent.

October 17, 1960. Denied.

NICHOLAS DeASIO, PETITIONER-PETITIONER, v. CITY OF BAYONNE, RESPONDENT-RESPONDENT.

*Messrs. Sachs & Sachs* and *Mr. Aaron Gordon* for the petitioner.

*Mr. Frank J. Ziobro* for the respondent.

October 17, 1960. Denied.